IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES A. BIGGINS, | § | |
| | § | |
| Plaintiff Below- | § | No. 183, 2017 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below:  Superior Court |
| | § | of the State of Delaware |
| JOHN CARNEY, *et al.*, | § | |
| | § | C.A. No. K17C-02-038 |
| Defendants Below- | § | |
| Appellees. | § | |

## **O R D E R**

This 12th day of July 2017, it appears to the Court that, on June 7, 2017, the Court entered an order denying the appellant's motion to proceed *in forma pauperis*.  The appellant was ordered to pay the required filing fee by July 7, 2017 or else his appeal would be dismissed without further notice. Appellant failed to pay the filing fee as ordered; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*Collins J. Seitz, Jr.*
Justice